IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY L. CAMPBELL,<br>    Plaintiff, | )<br>)<br>) |
| vs | ) Civil Action No. 10-1467<br>) |
| URSILINE SERVICES,<br>    Defendant. | )<br>)<br>) |

O R D E R

AND NOW, this 23rd day of November, 2010, after the plaintiff, Anthony L. Campbell, filed a motion for leave to proceed in forma pauperis, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the plaintiff was granted fourteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the plaintiff's motion for leave to proceed in forma pauperis (Document No. 1) is denied.

_____
United States District Judge